IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-CR-30188-DRH |
| ) | |
| JOE L. MITCHELL, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO CONTINUE TRIAL SETTING

COMES NOW defendant, by and through his attorney, and states to the Court as follows:

1. Trial in this matter is currently scheduled for January 13, 2014 a 9:00 a.m.

2. Following arraignment in this matter, defendant was placed in in-patient drug treatment, and has subsequently transitioned to out-patient drug treatment therapy. Due to defendant's schedule of drug treatment classes, and counsel's schedule, additional time is required for counsel and defendant to meet and review defendant's case.

3. Counsel for defendant has recently had conversations with the assistant United States attorney assigned to this case, and requested additional discovery in the case as well as a proposed plea agreement. It is anticipated that both the discovery and the proposed plea agreement will be received by counsel within the next ten (10) days. Counsel and defendant will then require time to meet and review the additional discovery as well as the government's proposed plea agreement.

4. Defendant would request that this Court make a finding pursuant to 18 U.S.C. § 3161(h)(7) that any continuance of this matter is "excludable time" for purposes of speedy trial calculation.

WHEREFORE, defendant prays this Honorable Court to continue and reset the currently scheduled trial setting of January 13, 2014 for a period of at least forty-five (45) days, and for such other and further relief and orders as the Court deems just and proper.

/s/ Eric W. Butts
ERIC W. BUTTS, #06195357
Attorney for Defendant Joe L. Mitchell
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
Email: ewbtts@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2013, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. James L. Porter, Assistant United States Attorney, 9 Executive Drive, Fairview Heights, Illinois 62208.

/s/ Eric W. Butts