FILED

JUN 26 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 13-cr-30188-DRH |
| vs. ) | |
| ) | |
| JOE L. MITCHELL, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The attorney for the Government, the Defendant, and the attorney for the Defendant agree that the following Stipulation of Facts are true and correct and that they support the charges and the change of plea herein:

During the time-frame outlined in the Indictment, Defendant Joe L. Mitchell possessed with the intent to deliver varied amounts of methadone, a Schedule II Controlled Substance. Mitchell received the methadone legally, as a result of medical prescriptions, but he would distribute the methadone to Deborah Perkins, and others, in exchange for heroin. Mitchell would use the heroin himself.

In all, based upon the prescription logs and the size of the methadone pills, the total amount of methadone attributable to Mitchell would be slightly more than two grams, the marihuana equivalency of which would approximately one kilogram of marihuana. Because these are approximations, in fairness to the Defendant, relevant conduct should be based upon more than 250 grams, but less than one kilogram of marihuana.

Following his arrest, Mitchell admitted to his participation in the charged offense.

**SO AGREED AND STIPULATED:**

STEPHEN R. WIGGINTON
United States Attorney

_____
JOE L. MITCHELL
Defendant

_____
JAMES L. PORTER
First Assistant United States Attorney

_____
ERIC W. BUTTS
Attorney for Defendant

Date: 6/26/14

2